UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Melissa N. Thomas,

        Plaintiff,        Case No. 16-cv-11467

v.        Judith E. Levy
        United States District Judge

Abercrombie & Fitch Stores, Inc.,
*et al.*,        Mag. Judge Mona K. Majzoub

        Defendants.

_____/

## JUDGMENT

For the reasons stated in the opinion and order entered on today's date, it is ordered and adjudged that the case is dismissed with prejudice.

        DAVID J. WEAVER
        CLERK OF THE COURT

        By:  s/Shawna Burns
               DEPUTY COURT CLERK

APPROVED:

s/Judith E. Levy
JUDITH E. LEVY
UNITED STATES DISTRICT JUDGE