# EXHIBIT 1

2188689   NF



GLOBAL LEGAL DEMAND CENTER

11760 US HIGHWAY 1, SUITE 600
NORTH PALM BEACH, FL 33408-3029
1-800-635-6840
1-888-938-4715 (Fax)

VERIFICATION OF AUTHENTICITY OF AT&T RECORDS

STATE OF FLORIDA
COUNTY OF PALM BEACH

BEFORE ME, the undersigned authority, personally appeared Nancy Frechette, who being duly sworn, deposes and says:

**My name is Nancy Frechette. I am over the age of 18 and qualified to make this affidavit. I am employed by AT&T as a Legal Compliance Analyst and also serve as the Custodian of Records for AT&T. I have been employed by AT&T since 11/15/1997. Attached to this Affidavit are true and correct copies of subscriber information and/or call detail issued by AT&T.**

(810) 335-4811

The attached copies of billing records are maintained by AT&T in the ordinary course of business. I maintain and routinely rely on these documents in the course of my duties as Custodian of Records and Legal Compliance Analyst.

Nancy Frechette
March 13, 2017

The foregoing affidavit was sworn to and subscribed before me by Nancy Frechette, who is personally known to me.

March 13, 2017

Notary Public, State of Florida

Printed Name

Serial Number (if any)

Notary Public State of Florida
James Edward Finklea
My Commission GG 063699
Expires 01/18/2021

GLOBAL LEGAL DEMAND CENTER

**MOBILITY**

Case 5:16-cv-11467-JEL-MKM   ECF No. 57-1   filed 12/11/17   PageID.772   Page 3 of 7

02/28/2017

AT&T has queried for records from 12/01/2015 to 02/15/2017
AT&T has queried for records using Central Time Zone. AT&T's records are stored and provided in UTC.



Run Date:      02/28/2017
Run Time:      11:32:44
SMS Usage For:  ▮▮▮▮▮▮-4811

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | MAKE | MODEL |
|---|---|---|---|---|---|---|---|---|---|
| 323 | 12/03/15 | 23:35:11 | ▮1000 | ▮4811 | | | SMST | | |
| 324 | 12/04/15 | 00:15:08 | ▮6686 | ▮4811 | | | SMST | | |
| 325 | 12/04/15 | 00:30:11 | ▮9557 | ▮4811 | | ▮▮▮▮ | SMST | | |
| 326 | 12/04/15 | 00:39:15 | ▮9557 | ▮4811 | | ▮▮▮▮ | SMST | | |
| 327 | 12/04/15 | 01:34:26 | ▮4811 | ▮0704 | | | SMSO | | |
| 328 | 12/04/15 | 01:34:26 | ▮4811 | ▮0704 | | | SMST | | |
| 329 | 12/04/15 | 01:43:12 | ▮0704 | ▮4811 | | | SMSO | | |
| 330 | 12/04/15 | 01:43:12 | ▮0704 | ▮4811 | | | SMSO | | |
| 331 | 12/04/15 | 01:43:38 | ▮4811 | ▮0704 | | | SMSO | | |
| 332 | 12/04/15 | 01:43:54 | ▮4811 | ▮0704 | | | SMSO | | |
| 333 | 12/04/15 | 01:44:41 | ▮0704 | ▮4811 | | | SMSO | | |
| 334 | 12/04/15 | 01:44:42 | ▮0704 | ▮4811 | | | SMSO | | |
| 335 | 12/04/15 | 01:44:51 | ▮4811 | ▮0704 | | | SMST | | |
| 336 | 12/04/15 | 02:08:04 | ▮0704 | ▮4811 | | | SMSO | | |
| 337 | 12/04/15 | 14:46:34 | ▮4299 | ▮4811 | | | SMSO | | |
| 338 | 12/04/15 | 14:46:34 | ▮4299 | ▮4811 | | ▮▮▮▮ | SMST | | |
| 339 | 12/04/15 | 14:46:36 | ▮1000 | ▮4811 | | | SMST | | |
| 340 | 12/04/15 | 14:46:36 | ▮1000 | ▮4811 | | | SMST | | |
| 341 | 12/04/15 | 14:56:52 | ▮4299 | ▮4811 | | | SMSO | | |
| 342 | 12/04/15 | 14:56:52 | ▮4299 | ▮4811 | | ▮▮▮▮ | SMST | | |
| 343 | 12/04/15 | 14:56:53 | ▮1000 | ▮4811 | | | SMST | | |
| 344 | 12/04/15 | 14:56:53 | ▮1000 | ▮4811 | | | SMST | | |
| 345 | 12/04/15 | 17:35:27 | ▮2250 | ▮4811 | | | SMST | | |
| 346 | 12/04/15 | 17:38:26 | ▮4811 | ▮2250 | | | SMSO | | |
| 347 | 12/04/15 | 17:41:59 | 397737 | ▮4811 | | | SMST | | |
| 348 | 12/04/15 | 19:05:02 | ▮4811 | ▮2250 | | | SMSO | | |
| 349 | 12/04/15 | 19:30:01 | ▮2250 | ▮4811 | | | SMST | | |
| 350 | 12/04/15 | 19:30:35 | ▮4811 | ▮2250 | | | SMSO | | |
| 351 | 12/04/15 | 19:32:08 | ▮2250 | ▮4811 | | | SMST | | |
| 352 | 12/04/15 | 21:34:20 | ▮4811 | 34824 | | | SMSO | | |
| 353 | 12/04/15 | 21:34:26 | 34824 | ▮4811 | | | SMST | | |
| 354 | 12/04/15 | 22:12:17 | ▮4811 | ▮2250 | | | SMSO | | |
| 355 | 12/04/15 | 22:15:09 | ▮2250 | ▮4811 | | | SMST | | |
| 356 | 12/05/15 | 18:12:03 | 101 | ▮4811 | | | SMST | | |
| 357 | 12/05/15 | 18:58:23 | ▮4811 | ▮0704 | | | SMSO | | |
| 358 | 12/05/15 | 18:58:23 | ▮4811 | ▮0704 | | | SMST | | |

**AT&T Proprietary**

nf    The information contained here is for use by authorized persons only and is not for general distribution.    Page 10

THOMAS000023


02/28/2017

**MOBILITY**
Case 5:16-cv-11467-JEL-MKM   ECF No. 57-1   filed 12/11/17   PageID.773   Page 4 of 7

AT&T has queried for records from 12/01/2015 to 02/15/2017
AT&T has queried for records using Central Time Zone. AT&T's records are stored and provided in UTC.


Run Date: 02/28/2017
Run Time: 11:33:00
SMS Usage For: ▓▓▓▓4811

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | MAKE | MODEL |
|---|---|---|---|---|---|---|---|---|---|
| 8609 | 04/14/16 | 16:37:00 | ▓▓▓4811 | ▓▓▓0704 | | | SMSO | | |
| 8610 | 04/14/16 | 16:37:00 | ▓▓▓4811 | ▓▓▓0704 | | | SMST | | |
| 8611 | 04/14/16 | 16:37:08 | ▓▓▓4811 | ▓▓▓0704 | | | SMSO | | |
| 8612 | 04/14/16 | 16:37:08 | ▓▓▓4811 | ▓▓▓0704 | | | SMST | | |
| 8613 | 04/14/16 | 16:37:48 | ▓▓▓0704 | ▓▓▓4811 | | | SMSO | | |
| 8614 | 04/14/16 | 16:37:49 | ▓▓▓0704 | ▓▓▓4811 | | | SMST | | |
| 8615 | 04/14/16 | 20:37:44 | ▓▓▓4299 | ▓▓▓4811 | | | SMSO | | |
| 8616 | 04/14/16 | 20:37:44 | ▓▓▓4299 | ▓▓▓4811 | | ▓▓▓ | SMST | | |
| 8617 | 04/14/16 | 20:37:45 | | ▓▓▓4811 | ▓▓▓ | ▓▓▓ | SMST | APPLE | IPHONE6 |
| 8618 | 04/14/16 | 20:37:45 | ▓▓▓1000 | ▓▓▓4811 | | | SMST | | |
| 8619 | 04/14/16 | 21:04:17 | 34824 | ▓▓▓4811 | | | SMST | | |
| 8620 | 04/15/16 | 03:12:45 | ▓▓▓1000 | ▓▓▓4811 | | ▓▓▓ | SMST | | |
| 8621 | 04/15/16 | 03:12:45 | ▓▓▓1000 | ▓▓▓4811 | | ▓▓▓ | SMST | | |
| 8622 | 04/15/16 | 03:33:35 | ▓▓▓1000 | ▓▓▓4811 | | ▓▓▓ | SMST | | |
| 8623 | 04/15/16 | 04:57:01 | ▓▓▓6978 | ▓▓▓4811 | | | SMSO | | |
| 8624 | 04/15/16 | 13:12:45 | ▓▓▓3580 | ▓▓▓4811 | | | SMSO | | |
| 8625 | 04/15/16 | 13:12:45 | ▓▓▓3580 | ▓▓▓4811 | | ▓▓▓ | SMST | | |
| 8626 | 04/15/16 | 13:12:47 | | ▓▓▓4811 | ▓▓▓ | ▓▓▓ | SMST | APPLE | IPHONE6 |
| 8627 | 04/15/16 | 13:12:48 | | ▓▓▓4811 | ▓▓▓ | ▓▓▓ | SMST | APPLE | IPHONE6 |
| 8628 | 04/15/16 | 13:30:41 | ▓▓▓4811 | ▓▓▓2250 | | | SMSO | | |
| 8629 | 04/15/16 | 13:30:41 | ▓▓▓4811 | ▓▓▓2250 | | | SMST | | |
| 8630 | 04/15/16 | 13:30:41 | ▓▓▓4811 | ▓▓▓3580 | | | SMSO | | |
| 8631 | 04/15/16 | 13:30:41 | ▓▓▓4811 | ▓▓▓3580 | | | SMST | | |
| 8632 | 04/15/16 | 13:32:58 | ▓▓▓1000 | ▓▓▓4811 | | | SMSO | | |
| 8633 | 04/15/16 | 13:32:58 | ▓▓▓1000 | ▓▓▓4811 | | | SMST | | |
| 8634 | 04/15/16 | 13:32:58 | ▓▓▓2250 | ▓▓▓4811 | | | SMSO | | |
| 8635 | 04/15/16 | 13:32:58 | ▓▓▓2250 | ▓▓▓4811 | | ▓▓▓ | SMST | | |
| 8636 | 04/15/16 | 13:33:35 | ▓▓▓1000 | ▓▓▓4811 | | | SMST | | |
| 8637 | 04/15/16 | 13:33:35 | ▓▓▓3580 | ▓▓▓4811 | | | SMSO | | |
| 8638 | 04/15/16 | 13:33:35 | ▓▓▓3580 | ▓▓▓4811 | | ▓▓▓ | SMST | | |
| 8639 | 04/15/16 | 13:33:36 | | ▓▓▓4811 | ▓▓▓ | ▓▓▓ | SMST | APPLE | IPHONE6 |
| 8640 | 04/15/16 | 14:53:07 | ▓▓▓4811 | ▓▓▓6978 | | | SMSO | | |
| 8641 | 04/15/16 | 14:53:07 | ▓▓▓4811 | ▓▓▓6978 | | | SMST | | |
| 8642 | 04/15/16 | 14:57:01 | ▓▓▓6978 | ▓▓▓4811 | | | SMSO | | |
| 8643 | 04/15/16 | 14:57:01 | ▓▓▓6978 | ▓▓▓4811 | | | SMST | | |
| 8644 | 04/15/16 | 16:28:35 | 397737 | ▓▓▓4811 | | | SMST | | |

**AT&T Proprietary**

nf         The information contained here is for use by authorized persons only and is not         Page
                              for general distribution.                                              242

THOMAS000024

02/28/2017    **MOBILITY**    Case 5:16-cv-11467-JEL-MKM    ECF No. 57-1    filed 12/11/17    PageID.774    Page 5 of 7



AT&T has queried for records from 12/01/2015 to 02/15/2017
AT&T has queried for records using Central Time Zone. AT&T's records are stored and provided in UTC.

Run Date: 02/28/2017
Run Time: 11:33:00
SMS Usage For: ▇▇▇4811

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | MAKE | MODEL |
|---|---|---|---|---|---|---|---|---|---|
| 8645 | 04/15/16 | 16:51:10 | ▇4811 | ▇8112 | ▇▇▇ | | SMSO | | |
| 8646 | 04/15/16 | 16:51:10 | ▇4811 | ▇8112 | | | SMST | | |
| 8647 | 04/15/16 | 18:04:54 | 34824 | ▇4811 | | | SMST | | |
| 8648 | 04/16/16 | 16:22:53 | ▇4811 | ▇2250 | | | SMSO | | |
| 8649 | 04/16/16 | 16:23:28 | ▇2250 | ▇4811 | | | SMST | | |
| 8650 | 04/16/16 | 16:23:41 | ▇4811 | ▇2250 | | | SMSO | | |
| 8651 | 04/16/16 | 16:23:46 | ▇4811 | ▇2250 | | | SMSO | | |
| 8652 | 04/16/16 | 16:23:55 | ▇4811 | ▇2250 | | | SMSO | | |
| 8653 | 04/16/16 | 16:24:11 | ▇4811 | ▇2250 | | | SMSO | | |
| 8654 | 04/16/16 | 16:25:11 | ▇2250 | ▇4811 | | | SMST | | |
| 8655 | 04/16/16 | 16:25:25 | ▇2250 | ▇4811 | | | SMST | | |
| 8656 | 04/16/16 | 16:25:33 | ▇4811 | ▇2250 | | | SMSO | | |
| 8657 | 04/16/16 | 21:34:57 | ▇4811 | ▇2250 | | | SMSO | | |
| 8658 | 04/16/16 | 21:36:12 | ▇2250 | ▇4811 | | | SMST | | |
| 8659 | 04/16/16 | 21:36:32 | ▇4811 | ▇2250 | | | SMSO | | |
| 8660 | 04/16/16 | 21:36:40 | ▇4811 | ▇2250 | | | SMSO | | |
| 8661 | 04/16/16 | 21:36:54 | ▇4811 | ▇2250 | | | SMSO | | |
| 8662 | 04/16/16 | 21:47:24 | ▇2250 | ▇4811 | | | SMST | | |
| 8663 | 04/17/16 | 07:28:21 | ▇1000 | ▇4811 | | ▇▇▇ | SMST | | |
| 8664 | 04/17/16 | 07:28:21 | ▇1000 | ▇4811 | | ▇▇▇ | SMST | | |
| 8665 | 04/17/16 | 16:58:08 | ▇1000 | ▇4811 | | | SMST | | |
| 8666 | 04/17/16 | 16:58:08 | ▇1000 | ▇4811 | | | SMST | | |
| 8667 | 04/17/16 | 16:58:08 | ▇7142 | ▇4811 | | | SMSO | | |
| 8668 | 04/17/16 | 16:58:08 | ▇7142 | ▇4811 | | ▇▇▇ | SMST | | |
| 8669 | 04/17/16 | 16:58:54 | ▇4811 | ▇5097 | | ▇▇▇ | SMSO | | |
| 8670 | 04/17/16 | 16:58:54 | ▇4811 | ▇5097 | | ▇▇▇ | SMST | | |
| 8671 | 04/17/16 | 16:58:54 | ▇4811 | ▇5314 | | ▇▇▇ | SMSO | | |
| 8672 | 04/17/16 | 16:58:54 | ▇4811 | ▇5314 | | ▇▇▇ | SMST | | |
| 8673 | 04/17/16 | 16:58:54 | ▇4811 | ▇7142 | | ▇▇▇ | SMSO | | |
| 8674 | 04/17/16 | 16:58:54 | ▇4811 | ▇7142 | | ▇▇▇ | SMST | | |
| 8675 | 04/17/16 | 16:58:54 | ▇4811 | ▇6686 | | ▇▇▇ | SMSO | | |
| 8676 | 04/17/16 | 16:58:54 | ▇4811 | ▇6686 | | ▇▇▇ | SMST | | |
| 8677 | 04/17/16 | 16:58:54 | ▇4811 | ▇2408 | | ▇▇▇ | SMSO | | |
| 8678 | 04/17/16 | 16:58:54 | ▇4811 | ▇2408 | | ▇▇▇ | SMST | | |
| 8679 | 04/17/16 | 16:59:44 | ▇6686 | ▇4811 | | | SMSO | | |
| 8680 | 04/17/16 | 16:59:44 | ▇6686 | ▇4811 | | ▇▇▇ | SMST | | |

**AT&T Proprietary**

nf    The information contained here is for use by authorized persons only and is not for general distribution.    Page 243

THOMAS000025


02/28/2017

**MOBILITY**

Case 5:16-cv-11467-JEL-MKM   ECF No. 57-1   filed 12/11/17   PageID.775   Page 6 of 7

AT&T has queried for records from 12/01/2015 to 02/15/2017
AT&T has queried for records using Central Time Zone. AT&T's records are stored and provided in UTC.



Run Date: 02/28/2017
Run Time: 11:33:05
SMS Usage For: ████4811

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | MAKE | MODEL |
|---|---|---|---|---|---|---|---|---|---|
| 10073 | 04/22/16 | 03:29:33 | 1000 | 4811 | | ████ | SMST | | |
| 10074 | 04/22/16 | 09:05:09 | 34824 | 4811 | | | SMST | | |
| 10075 | 04/22/16 | 13:10:18 | 7142 | 4811 | | ████ | SMSO | | |
| 10076 | 04/22/16 | 13:10:18 | 7142 | 4811 | | ████ | SMST | | |
| 10077 | 04/22/16 | 13:10:19 | 1000 | 4811 | | ████ | SMSO | | |
| 10078 | 04/22/16 | 13:10:19 | 1000 | 4811 | | ████ | SMST | | |
| 10079 | 04/22/16 | 13:14:43 | 4811 | 5097 | | ████ | SMSO | | |
| 10080 | 04/22/16 | 13:14:43 | 4811 | 5097 | | ████ | SMST | | |
| 10081 | 04/22/16 | 13:14:43 | 4811 | 5314 | | ████ | SMSO | | |
| 10082 | 04/22/16 | 13:14:43 | 4811 | 5314 | | ████ | SMST | | |
| 10083 | 04/22/16 | 13:14:43 | 4811 | 7142 | | ████ | SMSO | | |
| 10084 | 04/22/16 | 13:14:43 | 4811 | 7142 | | ████ | SMST | | |
| 10085 | 04/22/16 | 13:14:43 | 4811 | 6686 | | ████ | SMSO | | |
| 10086 | 04/22/16 | 13:14:43 | 4811 | 6686 | | ████ | SMST | | |
| 10087 | 04/22/16 | 13:14:43 | 4811 | 2408 | | ████ | SMSO | | |
| 10088 | 04/22/16 | 13:14:43 | 4811 | 2408 | | ████ | SMST | | |
| 10089 | 04/22/16 | 13:16:26 | 1000 | 4811 | | | SMST | | |
| 10090 | 04/22/16 | 13:16:26 | 1000 | 4811 | | | SMST | | |
| 10091 | 04/22/16 | 13:16:26 | 6686 | 4811 | | | SMSO | | |
| 10092 | 04/22/16 | 13:16:26 | 6686 | 4811 | | ████ | SMST | | |
| 10093 | 04/22/16 | 13:18:46 | 7142 | 4811 | | | SMSO | | |
| 10094 | 04/22/16 | 13:18:46 | 7142 | 4811 | | ████ | SMST | | |
| 10095 | 04/22/16 | 13:18:48 | 1000 | 4811 | | | SMST | | |
| 10096 | 04/22/16 | 13:18:48 | 1000 | 4811 | | | SMST | | |
| 10097 | 04/22/16 | 13:19:35 | 4811 | 5097 | | ████ | SMSO | | |
| 10098 | 04/22/16 | 13:19:35 | 4811 | 5097 | | ████ | SMST | | |
| 10099 | 04/22/16 | 13:19:35 | 4811 | 5314 | | ████ | SMSO | | |
| 10100 | 04/22/16 | 13:19:35 | 4811 | 5314 | | ████ | SMST | | |
| 10101 | 04/22/16 | 13:19:35 | 4811 | 7142 | | ████ | SMSO | | |
| 10102 | 04/22/16 | 13:19:35 | 4811 | 7142 | | ████ | SMST | | |
| 10103 | 04/22/16 | 13:19:35 | 4811 | 6686 | | ████ | SMSO | | |
| 10104 | 04/22/16 | 13:19:35 | 4811 | 6686 | | ████ | SMST | | |
| 10105 | 04/22/16 | 13:19:35 | 4811 | 2408 | | ████ | SMSO | | |
| 10106 | 04/22/16 | 13:19:35 | 4811 | 2408 | | | SMST | | |
| 10107 | 04/22/16 | 13:20:02 | 1000 | 4811 | | | SMST | | |
| 10108 | 04/22/16 | 13:20:02 | 7142 | 4811 | | | SMSO | | |

**AT&T Proprietary**

nf        The information contained here is for use by authorized persons only and is not for general distribution.        Page 283

THOMAS000026


02/28/2017

**MOBILITY**
Case 5:16-cv-11467-JEL-MKM   ECF No. 57-1   filed 12/11/17   PageID.776   Page 7 of 7

AT&T has queried for records from 12/01/2015 to 02/15/2017
AT&T has queried for records using Central Time Zone. AT&T's records are stored and provided in UTC.



Run Date:     02/28/2017
Run Time:     11:33:05
SMS Usage For: ▮▮▮▮4811

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | MAKE | MODEL |
|---|---|---|---|---|---|---|---|---|---|
| 10181 | 04/22/16 | 15:36:48 | ▮2961 | ▮4811 | | | SMST | | |
| 10182 | 04/22/16 | 15:36:57 | ▮4811 | ▮2961 | | | SMSO | | |
| 10183 | 04/22/16 | 19:05:10 | | ▮4811 | ▮▮▮▮ | ▮▮▮▮ | SMST | APPLE | IPHONE6 |
| 10184 | 04/22/16 | 19:06:10 | 34824 | ▮4811 | | | SMST | | |
| 10185 | 04/22/16 | 19:09:15 | ▮4811 | ▮2961 | | | SMSO | | |
| 10186 | 04/22/16 | 19:12:21 | ▮2961 | ▮4811 | | | SMST | | |
| 10187 | 04/22/16 | 19:12:50 | ▮4811 | ▮2961 | | | SMSO | | |
| 10188 | 04/22/16 | 19:14:04 | ▮2961 | ▮4811 | | | SMST | | |
| 10189 | 04/22/16 | 19:16:50 | ▮4811 | ▮2961 | | | SMSO | | |
| 10190 | 04/22/16 | 19:18:03 | ▮4811 | ▮2961 | | ▮▮▮▮ | SMSO | | |
| 10191 | 04/22/16 | 19:18:03 | ▮4811 | ▮2961 | | ▮▮▮▮ | SMST | | |
| 10192 | 04/22/16 | 19:18:03 | ▮4811 | ▮3347 | | ▮▮▮▮ | SMSO | | |
| 10193 | 04/22/16 | 19:18:03 | ▮4811 | ▮3347 | | | SMST | | |
| 10194 | 04/22/16 | 19:18:35 | ▮4811 | ▮2961 | | | SMSO | | |
| 10195 | 04/22/16 | 19:18:35 | ▮4811 | ▮2961 | | | SMSO | | |
| 10196 | 04/22/16 | 19:18:44 | ▮2961 | ▮4811 | | | SMST | | |
| 10197 | 04/22/16 | 19:18:58 | ▮4811 | ▮2961 | | | SMSO | | |
| 10198 | 04/22/16 | 19:19:41 | ▮4811 | ▮2961 | | | SMSO | | |
| 10199 | 04/22/16 | 19:22:59 | ▮2961 | ▮4811 | | | SMST | | |
| 10200 | 04/22/16 | 20:14:47 | ▮2961 | ▮4811 | | | SMST | | |
| 10201 | 04/22/16 | 20:15:02 | ▮2961 | ▮4811 | | | SMST | | |
| 10202 | 04/22/16 | 20:36:57 | ▮4811 | ▮2961 | | | SMSO | | |
| 10203 | 04/22/16 | 20:37:50 | ▮2961 | ▮4811 | | | SMST | | |
| 10204 | 04/22/16 | 20:38:01 | ▮4811 | ▮2961 | | | SMSO | | |
| 10205 | 04/22/16 | 20:46:26 | ▮2961 | ▮4811 | | | SMST | | |
| 10206 | 04/22/16 | 20:46:54 | ▮4811 | ▮2961 | | | SMSO | | |
| 10207 | 04/23/16 | 01:30:41 | ▮1000 | ▮4811 | | | SMST | | |
| 10208 | 04/23/16 | 01:30:41 | ▮1000 | ▮4811 | | | SMST | | |
| 10209 | 04/23/16 | 01:30:41 | ▮5097 | ▮4811 | | | SMSO | | |
| 10210 | 04/23/16 | 01:30:41 | ▮5097 | ▮4811 | | ▮▮▮▮ | SMST | | |
| 10211 | 04/23/16 | 01:31:31 | ▮6686 | ▮4811 | | | SMSO | | |
| 10212 | 04/23/16 | 01:31:31 | ▮6686 | ▮4811 | | ▮▮▮▮ | SMST | | |
| 10213 | 04/23/16 | 01:31:33 | ▮1000 | ▮4811 | | | SMST | | |
| 10214 | 04/23/16 | 01:31:33 | ▮1000 | ▮4811 | | | SMST | | |
| 10215 | 04/23/16 | 01:31:54 | ▮5097 | ▮4811 | | | SMSO | | |
| 10216 | 04/23/16 | 01:31:54 | ▮5097 | ▮4811 | | ▮▮▮▮ | SMST | | |

**AT&T Proprietary**

nf

The information contained here is for use by authorized persons only and is not for general distribution.

Page 286

THOMAS000027