## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MELISSA N. THOMAS, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>ABERCROMBIE & FITCH CO., ABERCROMIE & FITCH STORES, INC., and JOHN DOES 1-12,<br><br>Defendants. | Case No. 16-cv-11467-JEL-MKM<br><br>Judge Judith E. Levy<br><br>Magistrate Judge Mona K. Majzoub<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff Melissa N. Thomas and Defendants Abercrombie & Fitch Co. and Abercrombie & Fitch Stores, Inc., by and through their undersigned counsel, hereby stipulate to the dismissal of the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Plaintiff's claims are dismissed with prejudice with each party to bear its own fees and costs.

Dated:   April 13, 2021

Respectfully submitted,

/s/ David M. Oppenheim
_____
David M. Oppenheim
Bock Hatch & Oppenheim LLC
134 N. La Salle Street, Suite 1000
Chicago, IL 60602
Email:  david@classlawyers.com
Telephone:  (312) 658-55

*Attorney for Plaintiff*

/s/ Meredith C. Slawe
_____
Meredith C. Slawe (*pro hac vice*)
Cozen O'Connor
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Email:  mslawe@cozen.com
Telephone:  (215) 665-2000

*Attorney for Defendants*